are sustained, with costs, with leave to the plaintiff to serve an amended complaint within twenty days upon payment of costs to date, in default of which the complaint will be dismissed.

Robert Beckett and Another, as Administrators, etc., Appellants, v. Julius Blum, Doing Business as Julius Blum & Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.; Laughlin and Smith, JJ., dissented.

Carl Vietor and Others, Appellants, v. Rene Leprestre, Respondent.— Order modified so as to limit the examination to the matters alleged in paragraphs 8, 9, 10, 12, 13 and 14 of the answer and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

The People of the State of New York ex rel. Aloysius H. Walters, by John D. Walters, His Guardian ad Litem, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Steve Oravecz, Respondent, v. Philadelphia and Reading Railway Company, Appellant. (2 cases.) — In each case order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Steve Oravecz, Respondent, v. Philadelphia and Reading Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Eloise G. Schwarz, Appellant, v. Otis Lithograph Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Benjamin Taishoff and Another, Appellants, v. Annie V. Elkema and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Providence Washington Insurance Company, Respondent, v. Fields S. Pendleton, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Société Francaise des Films et Cinematographes " Eclair," Respondent, v. Pine Holding Corporation and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

The People of the State of New York ex rel. George McCrea, Appellant, v. The Police Commissioner of the City of New York, Respondent.— Order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.